IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEAH TINGLER, | : | |
| | : | 1:18-CV-1270 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE, and JUSTIN FERRANTE, | : | |
| | : | |
| Defendants, | : | |

| | | |
|---|---|---|
| SUZANNE SALOV, | : | |
| | : | 1:18-CV-1814 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE, and JUSTIN FERRANTE, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**February 27, 2019**

The Court has received the Motions to Consolidate Cases and Coordinate Deadlines filed by the Plaintiffs in the above-referenced actions.  (Doc. 35).

Although we are inclined to grant the aforementioned Motions, the attached certificates of concurrence/non-concurrence are unclear as to whether the various parties have agreed to such consolidation. Thus, because we believe that consolidation for purposes of discovery and coordination of filing deadlines is appropriate, we shall grant said Motions to that extent unless an objection is filed by any party on or before Wednesday, March 6, 2019.

                                              /s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge