# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE SALOV,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE<br>and<br>JUSTIN FERRANTE<br><br>*Defendants*. | CIVIL ACTION NO.<br><br>No. 1:18-cv-01814-JEJ |

## CERTIFICATE OF SERVICE

Movant hereby certifies that true and correct copies of the attached Motion were served as follows on the date indicated:

- To all counsel of record via the Court's Electronic Filing (ECF) system;

- To Plaintiff via regular mail at 527 Spruce Street, Steelton, PA 17113.

WAYNE A. ELY, ESQUIRE

*S/* Wayne A. Ely
Wayne A. Ely, Esquire
59 Andrea Drive
Richboro, PA 18954

February 14, 2020