# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEAH TINGLER, | : | |
| | : | 1:18-CV-1270; |
| | : | 1:19-CV-1552 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE, and JUSTIN FERRANTE, | : | |
| Defendants, | : | |

| | | |
|---|---|---|
| SUZANNE SALOV, | : | |
| | : | 1:18-CV-1814; |
| | : | 1:19-CV-1551 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE, and JUSTIN FERRANTE, | : | |
| Defendants. | : | |

# ORDER

**February 19, 2020**

On today's date, the Court held an *in camera* telephonic conference to discuss Plaintiffs' Counsel's four motions to withdraw filed in the above-captioned cases. (Doc. 68, 1:18-CV-1270; Doc. 20, 1:19-CV-1552; Doc. 47, 1:18-CV-1814; Doc. 22, 1:19-CV-1551). At that conference and pursuant to Pennsylvania Rule of Professional Conduct 1.6, the Court Ordered Plaintiffs' Counsel Attorney Wayne Ely to disclose the reason for his withdrawal, which he did *in camera*. In consideration thereof, the Court finds Attorney Ely's withdrawal necessary and shall **GRANT** Counsel's motions to withdraw. (Doc. 68, 1:18-CV-1270; Doc. 20, 1:19-CV-1552; Doc. 47, 1:18-CV-1814; Doc. 22, 1:19-CV-1551).

**ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS**:

1. Attorney Ely's four motions to withdraw filed in the above-captioned cases, (Doc. 68, 1:18-CV-1270; Doc. 20, 1:19-CV-1552; Doc. 47, 1:18-CV-1814; Doc. 22, 1:19-CV-1551), are **GRANTED**.

2. Attorney Ely is **TERMINATED** as counsel of record.

3. All operative dates related to the above-captioned cases are **VACATED**.

4. The above-captioned cases are hereby **STAYED** for a period of sixty (60) days to allow Plaintiffs time to find new counsel.

5. Attorney Ely **SHALL PROVIDE** a copy of this Order to Plaintiff Keah Tingler and Plaintiff Suzanne Salov and **SHALL PROVIDE** the Clerk's Office with current addresses for Plaintiffs Tingler and Salov.

/s/ John E. Jones III  
John E. Jones III  
United States District Judge
