# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE SALOV, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>COMMONWEALTH OF )<br>PENNSYLVANIA *et al.* )<br>)<br>    Defendants. ) | Civil No. 1:18-CV-01814-JEJ |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Plaintiff, SUZANNE SALOV, with respect to the above-captioned matter.

                                                        Respectfully submitted,

DATE: April 17, 2017                           */s/Scott P. Stedjan*
                                                        _____
                                                        Scott P. Stedjan, Esquire
                                                        PA I.D. No. 318851
                                                        KILLIAN & GEPHART, LLP
                                                        218 Pine Street, P.O. Box 886
                                                        Harrisburg, PA 17108-0886
                                                        sstedjan@killiangephart.com
                                                        Tel: (717) 232-1851
                                                        Fax: (717) 238-0592

1

## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE SALOV, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:18-CV-01814-JEJ |
| ) | |
| COMMONWEALTH OF ) | |
| PENNSYLVANIA *et al.,* ) | |
| ) | |
| Defendants ) | |

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on April 17, 2020, he caused to be served a copy of the foregoing *Entry of Appearance*, via CM/ECF upon counsel of record.

    */s/Scott P. Stedjan*
    _____
    Scott P. Stedjan, Esquire
    PA I.D. No. 318851
    KILLIAN & GEPHART, LLP
    218 Pine Street, P.O. Box 886
    Harrisburg, PA 17108-0886
    sstedjan@killiangephart.com